CAUSE NO. _____

# IN THE COURT OF CRIMINAL APPEALS
# FOR THE STATE OF TEXAS

\* \* \* \* \*

## BEDROS NOBAR MINASSIAN, Petitioner / Appellant

v.

## THE STATE OF TEXAS, Respondent / Appellee

\* \* \* \* \*

**On Petition from a Decision of the Court of Appeals
for the Fifth District of Texas, Dallas Division
in Cause No. 05-13-00936-CR**

---

## MOTION TO EXTEND TIME TO FILE
## PETITION FOR DISCRETIONARY REVIEW

---

TOM PAPPAS
BURLESON PATE & GIBSON, L.L.P.

900 Jackson Street, Suite 330
Dallas, Texas  75202
Telephone:  (214) 871-4900
Facsimile:  (214) 871-7543
Email: tpappas@bp-g.com

COUNSEL FOR
PETITIONER/APPELLANT
BEDROS NOBAR MINASSIAN

FILED IN
COURT OF CRIMINAL APPEALS

August 24, 2015

ABEL ACOSTA, CLERK

1

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, BEDROS NOBAR MINASSIAN, Petitioner herein, and Appellant before the Court of Appeals for the Fifth District of Texas at Dallas, Texas, and files her Motion to Extend Time to File Petition for Discretionary Review.

I.

On July 16, 2015, the Court of Appeals for the Fifth District of Texas, Dallas Division issued its Judgment and Opinion in Cause 05-13-00936-CR. The Petitioner/Appellant has not filed a motion for rehearing or en banc reconsideration with the Court of Appeals for the Fifth District of Texas, Dallas Division.

II.

The deadline for Petitioner/Appellant to file his Petition for Discretionary Review is August 17, 2015. Counsel needs additional time to work with the Petitioner/Appellant in preparing the Petition for Discretionary Review.

III.

Therefore, the Petitioner/Appellant respectfully requests that this Court pursuant to T.R.App.P. Rule 68.2(c) grant an extension of time to file the Petition for Discretionary Review to September 16, 2015, thirty (30) days after the last day for filing the Petition.

## PRAYER FOR RELIEF

The Petitioner respectfully prays that this Court grant this Motion to Extend Time to File Petition for Discretionary Review to September 16, 2015.

Respectfully submitted,

BURLESON PATE & GIBSON, L.L.P.

/s/ Tom Pappas

_____

TOM PAPPAS
TEXAS BAR CARD NO.15455300

900 Jackson Street, Suite 330
Dallas, Texas  75202
Telephone:  (214) 871-4900
Facsimile:  (214) 871-7543
Email: tpappas@bp-g.com

COUNSEL FOR
PETITIONER/APPELLANT
BEDROS NOBAR MINASSIAN

## CERTIFICATE OF SERVICE

This will certify that a copy of the foregoing was delivered by placing same in the United States Mail via U.S. First Class mail to the following:

Mr. Michael R. Casillas
Dallas County District Attorney
133 N. Riverfront Blvd., LB 19
Dallas, Texas 75207

Ms. Lisa M. McMinn
State Prosecuting Attorney
P.O. Box 13046
Austin, Texas 78711

DATED the 17th day of August, 2015.

/s/ Tom Pappas

_____

TOM PAPPAS